IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MICHAEL KELLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>IMG WORLDWIDE, INC.,<br><br>Defendant.<br>_____/ | No. C 12-80026 SI<br><br>***SUA SPONTE* ORDER OF REFERRAL FOR RELATED CASE DETERMINATION** |

This case was transferred from the United States District Court of the Southern District of New York and opened as a miscellaneous action. *See* Doc. 12. Pursuant to Civil Local Rule 3-12(c), the Court refers this case to Judge Wilken for a determination of whether it is related to *In re NCAA Student - Athlete Name & Likeness*, Case No. 09-1967 CW.

**IT IS SO ORDERED.**

Dated: February 21, 2012

SUSAN ILLSTON
United States District Judge